IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br><br>     vs.<br><br>NISSAN OF HELENA, INC., a Montana corporation; KENNETH D. SIMPSON, JR., an individual, and GARY G. RATCLIFF, an individual.<br><br>             Defendants. | Case No. 6:24-CV-00085-JTJ<br><br>**ORDER VACATING THE FEBRUARY 19, 2025 PRELIMINARY PRETRIAL CONFERENCE AND STAY THE CASE PENDING ONGOING SETTLEMENT NEGOTIATIONS** |

Plaintiff Nissan Motor Acceptance Company LLC ("NMAC") and Defendants Nissan of Helena, Inc. ("Dealer"), Kenneth D. Simpson, Jr. ("Simpson) and Gary D. Ratcliff ("Ratcliff," together with Dealer and Simpson referred to as the "Defendants"; NMAC and Defendants referred to as the "Parties") filed a Stipulation with the Court.

06888.0330/16956995.1

Having reviewed that stipulation, and for good cause shown, it is hereby ORDERED that the February 19, 2025 Preliminary Pretrial Conference is VACATED and all actions in the matter are STAYED pending further order of the Court. The Parties shall submit a status report to the Court on or before August 19, 2025.

DATED this 14th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts