# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NISSAN OF HELENA, INC., KENNETH D. SIMPSON, JR., AND GARY G. RATCLIFF,<br><br>    Defendant. | CV-24-85-H-BMM<br><br>ORDER AND JUDGMENT |

The motion for entry of default judgment by plaintiff, Nissan Motor Acceptance Company LLC, a Delaware limited liability company, f/k/a Nissan Motor Acceptance Corporation ("NMAC"), having been submitted and having considered the motion, supporting memorandum of points and authorities and declaration, the Complaint, and documents on file, the Court renders its judgment as follows:

 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. NMAC's motion for entry of default judgment against defendants Nissan of Helena, Inc. and Kenneth D. Simpson, Jr. is GRANTED.

2. Judgment is hereby entered in favor of NMAC against Nissan of Helena, Inc. and Kenneth D. Simpson, Jr. in the amount of $171,479.31.

DATED this 11th day of February 2026.

_____
Brian Morris, Chief District Judge
United States District Courts